UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| SYLVIA HUFFMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 12-2091 |
| | ) | |
| MARK TOLER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

    This matter is before this Court following a lengthy period of inaction by the Plaintiff, Sylvia Huffman, in prosecuting this case.  This initial Complaint in this matter was filed March 16, 2012 and following a recusal on April 25, 2012 the case was reassigned to this Court on the same date.  A defendant in the original case, Brenda Hays, filed a motion to dismiss on May 9, 2012, which was ultimately granted on July 2, 2012.  Thereafter, a Rule 16 conference was held on August 22, 2012 and a discovery schedule was implemented.  On October 25, 2012, Defendants filed a motion to compel which was granted on November 30, 2102, ordering Huffman to provide written responses to discovery within 14 days of the entry of that order.

    Since that time, Huffman's attorney moved to withdraw on May 14, 2013 and this Court granted that motion on May 30, 2013.  Huffman has done virtually nothing to advance her case since that date.  Defendants filed a motion to dismiss for failure to prosecute on August 8, 2013 and this Court entered an order on August 9, 2013 indicating that Huffman had 14 days in which to notify the Clerk of the Court of her new address.  The deadline for compliance was August 23, 2013 and as of this date, she has not complied.  The August 9, 2013 text order also warned Huffman that failure to comply with the order <u>will</u> result in dismissal of her case.

Accordingly, because Huffman has failed to take steps to prosecute her case and has failed to comply with the orders of this Court, this case is DISMISSED for failure to prosecute.

ENTERED this 29th day of August, 2013.

/s/ James E. Shadid
James E. Shadid
Chief United States District Judge